# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0870.  ABDULLAH M. RASHEED v. J. DARRELL HART, WARDEN.**

Abdullah M. Rasheed, a prison inmate, attempted to file a civil action against Warden J. Darrell Hart. The trial court denied filing pursuant to OCGA § 9-15-2 (d), concluding that Rasheed's proposed complaint showed a complete absence of any justiciable law or fact. Rasheed then filed this direct appeal.[1] We, however, lack jurisdiction.

Because Rasheed is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the superior court's order. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997). This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/24/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Rasheed directed his appeal to the Supreme Court, which transferred the matter here.